02-12-331-CV










 

 

 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

 

NO. 02-12-00331-CV 

 

 


 
 
 In re Mark Newby
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of habeas corpus and is of the
opinion that relief should be denied.  Accordingly, relator’s petition for writ
of habeas corpus is denied.

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GARDNER, J.

 

DELIVERED: 
August 10, 2012









          [1]See
Tex. R. App. P. 47.4, 52.8(d).